UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JOSE SANCHEZ,                    )
                                 )
            Petitioner           )
                                 )   Civil Action No.
       v.                        )   04cv10113-RCL
                                 )
JOHN ASHCROFT, ET AL.,           )
                                 )
            Respondent           )
```

RESPONDENT'S NOTICE OF INTENT TO EXECUTE DEPORTATION ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of deportation against petitioner **on January 26, 2004.**

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

By: _____
                                          FRANK CROWLEY
                                          Special Assistant U.S. Attorney
                                          Department of Homeland Security
                                          P.O. Box 8728
                                          J.F.K. Station
                                          Boston, MA 02114
                                          (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on January 20, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114